IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:23-cr-49-RAH |
| ) | |
| ARTHUR LEE SIMMONS, JR. ) | |
| ) | |

# **ORDER**

On May 8, 2023, Defendant Arthur Lee Simmons, Jr., filed a motion to suppress evidence found during the search of a residence. (Doc. 19.) On June 23, 2023, the Magistrate Judge recommended that the motion to suppress be denied without an evidentiary hearing. (Doc. 27.) There are no objections. Upon an independent review of the record, the Court concludes that the Motion to Suppress is due to be DENIED.

Accordingly, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 27) is ADOPTED; and

2. The Motion to Suppress (Doc. 19) is DENIED.

DONE, on this the 26th day of July 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE